```
Marian F. Harrison
US Bankruptcy Judge
```

Dated: 11/04/10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **IN RE: BRIAN & MISTY MORGAN**<br>4530 STEWARTS FERRY PIKE<br>MOUNT JULIET, TN 37122<br>SSN: XXX-XX-7303<br>SSN: XXX-XX-1303<br>**Debtor** | **CASE NO. 310-08611**<br>**CHAPTER 13**<br>**JUDGE HARRISON** |
| **BRIAN & MISTY MORGAN**<br>4530 STEWARTS FERRY PIKE<br>MOUNT JULIET, TN 37122<br>SSN: XXX-XX-7303<br>SSN: XXX-XX-1303<br>**Plaintiff** | **ADV. NO.: 310-AP-00526** |

VS.

| | |
|---|---|
| **H & H SUPPLY**<br>85 ATHENS<br>MT. JULIET, TN 37122<br>**Defendant.** | **H & H SUPPLY**<br>C/O MICHAEL W. FERRELL<br>PO BOX 8<br>MT. JULIET, TN 37121 |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Plaintiff filed a Motion to for Default Judgment in the above-referenced Adversary Proceeding. Notice of the Adversary Proceeding was mailed to **H & H SUPPLY** and no responses were filed on or before the answer date of October 7, 2010. Notice of the Motion for Default Judgment was mailed pursuant to LBR 9013-1 and no responses or objections to the

motion were filed. The Plaintiff asked that the Judgment Lien of H & H Supply filed in the Register of Deeds in Wilson County, Tennessee on July 1, 2009, Docket # 2009-CV-1220, Book and Page # 1360/2427-2428, and attached as Exhibit A be avoided and declared null and void as of the entry of this Order. That the Plaintiff's attorney be awarded attorney's fees in the amount of $500.00.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Default Judgment is granted to the Plaintiff in the above-referenced Adversary Proceeding.

IT IS FURTHER ORDERED THAT That the Judgment Lien of H & H Supply, filed in the Register of Deeds in Wilson County, Tennessee on July 1, 2009, Docket # 2009-CV-1220, Book and Page # 1360/2427-2428 and attached as Exhibit A be avoided and declared null and void as of the entry of this Order. Defendant shall pay attorney's fees in the amount of $500.00. Should Defendant fail to satisfy this judgment, execution shall issue.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:
/s/Mark Podis
Mark Podis #012216
Attorney for Debtors
1161 Murfreesboro Rd, Ste 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
E-Mail PodisBankruptcy@aol.com

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.